JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Wilhelmina Taguinod et al., | ) | Case CV 12-01438-ODW(SSx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| World Savings Bank FSB et al., | ) | |
| Defendants. | ) | |

THE COURT having ordered the Plaintiff TO SHOW CAUSE in writing no later than July 16, 2012, why this action should not be dismissed for failure to prosecute. No Defendants have yet appeared in this action and there is no evidence that any Defendants have been served within the 120 day limit under Federal Rule of Civil Procedure 4(m).

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 17, 2012

United States District Judge